IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLAND BLAIR JARVIS, SR., <br> Plaintiff, <br><br> v. <br><br> THE CITY OF PHILADELPHIA, <br> ANDREW H. GORDON, <br> FNU ROMANCZUK, <br> KATHERINE MCDERMOTT, <br> ANTHONY GONZALEZ, <br> BRANDON JANITS, <br> And LIAM JOSEPH RILEY, <br>                Defendants. | CIVIL ACTION <br><br><br> NO.  25CV2387 |

**O R D E R**

**AND NOW**, this 13th day of August, 2025, upon consideration of Defendants' Motions to Dismiss Plaintiff's Complaint for Failure to State a Claim (ECF Nos. 14, 15), and noting that Plaintiff has failed to timely file any responses in opposition thereto, it is **HEREBY ORDERED** that the Motions are **GRANTED AS UNCONTESTED**.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.[1]

BY THE COURT:

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, C.J.**

---

[1] This Court's Policies and Procedures provide that "parties have twenty-one (21) days after service of a motion to dismiss under Federal Rule of Civil Procedure 12(b) . . . to file their response."  *See* https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/beepol.pdf.

Here, Defendants filed and served their Motions to Dismiss the Complaint, pursuant to Federal Rule of Civil Procedure 12(b), on July 21 and July 22, 2025.  *See* ECF Nos. 14 and 15.  Accordingly, Plaintiffs' deadlines to respond to said Motions fell on August 11 and August 12, 2025, respectively.  As of this writing, Plaintiff has filed no response in opposition to either Motion.  Accordingly, the Motions will be granted as uncontested, and his Complaint will be dismissed without prejudice.